# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ADRIAN DIAZ-CASTILLO<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 2:19-mj-0761-DJA<br><br>Charging District: District of Utah, Central Division<br>Charging District's Case No. 2:19mj672 CMR |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | US District Court, District of Utah<br>351 S. West Temple<br>Salt Lake City, Utah 84101 | Courtroom No.: 7.04, before the Hon Cecelia Romero |
|---|---|---|
| | | Date and Time: 10/24/2019 2:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/8/2019

*Judge's signature*

Brenda Weksler, U.S. Magistrate Judge
*Printed name and title*